**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BI SOPHAMIXAY,<br><br>    Plaintiff,<br><br>  v.<br><br>KRAFT FOODS GROUP, INC., a Virginia corporation, and MANUEL PEREZ,<br><br>    Defendants. | Case No. 1:14-CV-01150-LJO-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND REMANDING CASE TO STATE COURT<br><br>(Doc. 8) |

On July 23, 2014, Defendants Kraft Foods Group, Inc., and Manuel Perez removed this labor discrimination case from Fresno County Superior Court to this Court, alleging federal jurisdiction. On August 21, 2014, Plaintiff Bi Sophamixay moved to amend her complaint, stating that Plaintiff erred in referring to her protected medical leave as being governed by the federal Family and Medical Leave Act of 1993 (29 U.S.C. § 2601 *et seq.*) ("FMLA") when the leave was in fact governed by state law, the California Family Rights Act (California Government Code § 12940). Plaintiff also moved for remand following the proposed amendment. On September 23, 2014, Defendants filed a statement of non-opposition.

The Court has reviewed Plaintiff's motion and finds the proposed amendment to be consistent with the context of the original complaint and appropriate to correct the error. Accordingly, the Court hereby GRANTS Plaintiff's motion to amend. Since the complaint no longer alleges a federal question following the amendment, The Court REMANDS this matter to the Fresno County (California) Superior Court and DIRECTS the Clerk of Court to CLOSE the case.

IT IS SO ORDERED.

Dated:  __October 6, 2014__          __/s/ Lawrence J. O'Neill__
                                      UNITED STATES DISTRICT JUDGE